1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MAXEY,<br><br>             Plaintiff,<br><br>   vs.<br><br>FIDELITY AND GUARANTY LIFE<br>INSURANCE COMPANY,<br><br>        Defendant | Case No: CV08-2079 ABC(JWJx)<br><br>**ORDER DISMISSING ENTIRE ACTION<br>WITH PREJUDICE** |

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  February 02, 2009

_____
Audrey B. Collins
Judge of the U.S. District Court